No. 99–7882.  KING v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 99–7893.  HALL v. UNITED STATES; and
No. 99–7897.  HALL v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.  Reported below: 171 F. 3d 1133.

No. 99–7930.  MACEMON v. MORGAN, WARDEN.  C. A. 7th Cir. Certiorari denied.

No. 99–7934.  JACKSON v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 99–7942.  BARNES v. KEANE, SUPERINTENDENT, SING SING CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 99–7949.  STROUTH v. TENNESSEE.  Sup. Ct. Tenn.  Certiorari denied.

No. 99–7954.  ROBEDEAUX v. GIBSON, WARDEN.  C. A. 10th Cir.  Certiorari denied.

No. 99–7956.  McCALLUM v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 99–7976.  FOSTER v. GIBSON, WARDEN.  C. A. 10th Cir. Certiorari denied.

No. 99–7995.  MACKAY v. COMMISSIONER OF PATENTS AND TRADEMARKS.  C. A. Fed. Cir.  Certiorari denied.

No. 99–8014.  KIRKSEY v. UNITED STATES; and
No. 99–8159.  HALL v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.  Reported below: 200 F. 3d 820.

No. 99–8037.  BUMGARDNER v. NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION.  C. A. 8th Cir.  Certiorari denied.

No. 99–8055.  KEMPER v. DORMIRE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER, ET AL.  C. A. 8th Cir. Certiorari denied.

No. 99–8079.  CHANEY v. NEW ORLEANS PUBLIC FACILITY MANAGEMENT, INC.  C. A. 5th Cir.  Certiorari denied.